## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

FRED INGRAM                                                                                           PLAINTIFF

v.                                        No. 5:13CV00311 JLH

TYSON POULTRY, INC.                                                                        DEFENDANT

### ORDER

Fred Ingram's motion to dismiss this action is GRANTED. Document #17. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE